In the Matter of the Claim of IRVING GOLD, Respondent, against J. DUKES WOOTERS, Doing Business under the Trade Name and Style of AIR-WAY BRANCH OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of Glielmi* v. *Netherland Dairy Co., Inc.* (254 N. Y. 60).

In the Matter of the Claim of MARY ZONA, Respondent, against ROSENBERG BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of CHARLES KNAPP, Respondent, against JULIUS PETERSON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of FRANCES BROZOVICH, Respondent, against HOTEL PENNSYLVANIA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of Leonbruno* v. *Champlain Silk Mills* (229 N. Y. 470); *Markell* v. *Green F. S. Co.* (221 id. 493); *Matter of Greenberg* v. *Voit* (224 App. Div. 799; affd., 250 N. Y. 543); *Matter of Domres* v. *Syracuse Safe Co.* (240 id. 611); *Matter of Heitz* v. *Ruppert* (218 id. 148).

In the Matter of the Application of RICHARD H. HINCKLEY, Appellant, for a Mandamus Order against ANTHONY G. ZENZEN, Superintendent of the Bureau of Buildings of the City of Albany, Respondent.— Order unanimously affirmed.

AGOODASH ACHIM OF ITHACA, N. Y., INC., Appellant, v. TEMPLE BETH-EL, INC., Respondent, and Another.— Order unanimously affirmed, with ten dollars costs and disbursements.

GEORGE ALTER, Respondent, v. COPAKE CAMPS CORPORATION, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

JOHNSON, DRAKE & PIPER, INC., Appellant, v. C. H. EARLE, INC., and Others, Appellants. EARLE GEAR AND MACHINE COMPANY and Others, Respondents.— Order resettled as proposed.

FRED FAIRBANKS, JR., an Infant, by FRED FAIRBANKS, His Guardian ad Litem, Respondent, v. ANTHONY M. STANWIX, Appellant. DOUGLAS FAIRBANKS, an Infant, by FRED FAIRBANKS, His Guardian ad Litem, Respondent, v. ANTHONY M. STANWIX, Appellant. ORVILLE J. BECKSTEIN, JR., an Infant, by ORVILLE J. BECKSTEIN, His Guardian ad Litem, Respondent, v. ANTHONY M. STANWIX, Appellant. ELIZABETH FAIRBANKS, Respondent, v. ANTHONY M. STANWIX, Appellant. FRED FAIRBANKS, Respondent, v. ANTHONY M. STANWIX, Appellant.— Judgments and orders unanimously affirmed, with costs in one action.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD MORIARITY, Appellant, v. WILLIAM HUNT, Warden of Great Meadow Prison, Comstock, New York, Respondent.— Order unanimously affirmed.